**Waiver of Service of Summons**

FILED
IN CLERK'S OFFICE

2004 JAN 20  P 3:19

U.S. DISTRICT COURT
DISTRICT OF MASS.

To:  Elliot L. Olsen
Pritzker, Ruohonen & Associates, P.A.
33 South Sixth Street, Suite 4520
Minneapolis, MN 55402-3792

James S. Reece
Zelle, Hofmann, Voelbel, Mason & Gette LLP
500 Washington Avenue, Suite 4000
Minneapolis, MN 55415
Attorneys for Dean Langford and Nancy Langford

I acknowledge receipt of your request that I waive service of a summons in the action of Dean Langford and Nancy Langford v. Zimmer, Inc. and Zimmer Holdings, Inc. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Zimmer, Inc. or Zimmer Holdings, Inc. be served with judicial process in the manner provided by Rule 4.

Zimmer, Inc. and Zimmer Holdings, Inc. will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against Zimmer, Inc. and/or Zimmer Holdings, Inc. if an answer or motion under Rule 12 is not served upon you within 75 days after December 15, 2003.

Dated this _22_ day of _December_, 2003

_____

Printed/typed name:

_Albert J. Dahm_

One of  The: _Attorneys_
for Zimmer, Inc. and Zimmer Holdings, Inc.

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the Request for Waiver of Service was received.

275453v1