UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dean Langford and Nancy Langford, husband and wife, </br></br> Plaintiffs, </br></br> v. </br></br> Zimmer, Inc. and Zimmer Holdings, Inc. </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 03CV12245RCL </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF APPEARANCE

Kindly enter my appearance in the above-entitled action on behalf of defendants Zimmer, Inc. and Zimmer Holdings, Inc.

Dated: February 18, 2004

Respectfully submitted,
Zimmer, Inc. and Zimmer Holdings, Inc.,
By their attorneys,

Edga    Hatric (BBO #647166)
DA    ERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110
(617) 345-4600

Francis H. Morrison III (BBO #645515)
Deborah S. Russo (BBO #434610)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100

51262664_1 . DO C

## CERTIFICATE OF SERVICE

     I, Edgar B. Hatrick, do hereby certify that on this 18th day of February, 2004, I have served by first-class U.S. Mail a copy of the foregoing Notice of Appearance upon plaintiff's counsel at the following addresses:

Wm. Gerald McElroy, Jr.
Paul T. Sullivan
**Zelle, Hofmann, Voelbel, Mason** & **Gette LLP**
950 Winter Street, Suite 1300
Waltham, MA 02451

Fred H. Pritzker
Peter H. Berge
Elliot L. Olsen
**Pritzker Ruohonen** & **Associates, P.A.**
33 South Sixth Street, Suite 4520
Minneapolis, MN 55402-3792

James S. Reece
Chad A. Snyder
Elizabeth A. Maki
**Zelle, Hofmann, Voelbel, Mason** & **Gette LLP**
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402

                                               _____
                                                 Edgar B. Hatrick