UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dean Langford and Nancy Langford, husband and wife, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 03CV12245RCL |
| Zimmer, Inc. and Zimmer Holdings, Inc. | ) ) ) |
| Defendants. | ) ) ) |

**ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b), the Defendants Zimmer, Inc. and Zimmer Holdings, Inc. (together "Zimmer"), by and through their counsel, respectfully move this Court to admit Matthew S. Elvin, *pro hac vice*, as co-counsel for Zimmer in the above-captioned matter. In support of this Motion, Zimmer states as follows:

1. Mr. Elvin has been admitted to practice in the bar of the State of Illinois and is a member in good standing of that bar. *See* Affidavit of Matthew S. Elvin ("Elvin Affidavit") submitted herewith at ¶ 2.

2. There are no disciplinary proceedings pending against Mr. Elvin in the State of Illinois, or in any other jurisdiction in which Mr. Elvin is admitted to the bar. *See* Elvin Affidavit at ¶ 3.

3. Mr. Elvin has obtained a copy of the Local Rules of this Court and has familiarized himself with those Local Rules. *See* Elvin Affidavit at ¶ 4.

4. Mr. Elvin is familiar with Zimmer, Inc. and Zimmer Holdings, Inc. and the issues of this lawsuit. *See* Elvin Affidavit at ¶ 5.

5. The undersigned movant is an attorney with Day, Berry & Howard LLP and a member in good standing of the bar of this Court.

6. Counsel for the Plaintiff, Paul Sullivan, has assented to this motion.

**WHEREFORE,** the Defendants, Zimmer, Inc. and Zimmer Holdings, Inc., by and through their counsel, move this Court to admit *pro hac vice* Matthew S. Elvin for the purpose of participating as co-counsel for Zimmer in this litigation.

Respectfully submitted,
Zimmer, Inc. and Zimmer Holdings, Inc.,
By their attorneys,

Dated: February 18, 2004

Ed e: Hat' ck (BBO #647166)
D•Y, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110
(617) 345-4600

Francis H. Morrison III (BBO #645515)
Deborah S. Russo (BBO #434610)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100

## CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I, Edgar B. Hatrick, hereby certify that counsel for the plaintiffs have been conferred with and have assented to this Motion.

_____
Edgar B. Hatrick

## CERTIFICATE OF SERVICE

I, Edgar B. Hatrick, do hereby certify that on this 18th day of February, 2004, I have served by first-class U.S. Mail a copy of the foregoing Assented-To Motion for Admission Pro Hac Vice upon plaintiff's counsel at the following addresses:

Wm. Gerald McElroy, Jr.
Paul T. Sullivan
**Zelle, Hofmann, Voelbel, Mason & Gette LLP**
950 Winter Street, Suite 1300
Waltham, MA 02451

Fred H. Pritzker
Peter H. Berge
Elliot L. Olsen
**Pritzker Ruohonen & Associates, P.A.**
33 South Sixth Street, Suite 4520
Minneapolis, MN 55402-3792

James S. Reece
Chad A. Snyder
Elizabeth A. Maki
**Zelle, Hofmann, Voelbel, Mason & Gette LLP**
33 South Sixth Street, Suite 4400
Minneapolis, MN  55402

_____
Edgar B. Hatrick

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Dean Langford and Nancy Langford, husband and wife,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>Zimmer, Inc. and Zimmer Holdings, Inc.  )<br>)<br>Defendants.  )<br>) | Civil Action No. 03CV12245RCL |

## AFFIDAVIT OF MATTHEW S. ELVIN

I, Matthew S. Elvin, hereby depose and say as follows:

1.  I am an associate of the law firm of Dahm & Elvin, LLP, 9604 Coldwater Road, Suite 201, Fort Wayne, Indiana, 46825.

2.  I am in good standing in every jurisdiction in which I have been admitted to practice. I am a member of the bar of the State of Illinois. I have also been admitted to the bar of the United States District Court for the Northern District of Illinois, the United States District Court for the Western District of Wisconsin and the United States Court of Appeals for the Seventh Circuit.

3.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

285428_1.DOC

5.    I am familiar with Zimmer, Inc. and Zimmer Holdings, Inc., ("Zimmer") and the issues in this lawsuit.  My appearance and participation in conjunction with attorneys from Day, Berry & Howard LLP are necessary for the proper and effective representation of Zimmer in this matter.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 8^(th) DAY OF JANUARY, 2004.

*[signature: Matthew Elvin]*

Matthew S. Elvin