IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

DEAN LANGFORD and
NANCY LANGFORD,
husband and wife,

        Plaintiffs,

v.

ZIMMER, INC. and
ZIMMER HOLDINGS, INC.,

        Defendants.

Case No.: 03-12245-RCL

---

### DEFENDANT ZIMMER, INC.'S LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT

Defendant Zimmer, Inc. is a wholly owned subsidiary of Zimmer Holdings, Inc., a publicly held corporation. No other publicly held company owns 10% or more of Zimmer, Inc. stock.

Dated: February 27, 2004

Respectfully submitted,
Zimmer, Inc.

By: _____
Francis H. Morrison III (BBO # 645515)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100

Edgar B. Hatrick (BBO # 647166)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, Massachusetts 02110
(617) 345-4600

285613v1

        Matthew S. Elvin (pro hac vice)
        Dahm & Elvin LLP
        9604 Coldwater Road, Suite 201
        Fort Wayne, Indiana 46825
        Telephone: (260) 497-6000
        Facsimile: (260) 497-6019

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 27th day of February, 2004, a copy of the foregoing Defendant Zimmer, Inc.'s Corporate Disclosure Statement was served on the following counsel of record by first-class mail, postage prepaid:

        Wm. Gerald McElroy, Jr.
        Paul T. Sullivan
        Zelle, Hofmann, Voelbel, Mason & Gette LLP
        950 Winter Street, Suite 1300
        Waltham, Massachusetts 02451

        Fred H. Pritzker
        Peter H. Berge
        Elliot L. Olsen
        Pritzker Ruohonen & Associates, P.A.
        Suite 4520
        33 South Sixth Street
        Minneapolis, Minnesota 55402-3792

        James S. Reece
        Chad A. Snyder
        Elizabeth A. Maki
        Zelle, Hofmann, Voelbel, Mason & Gette LLP
        500 South Washington Avenue - Suite 4000
        Minneapolis, Minnesota 55415

        _____
        Edgar B. Hatrick

285613v1