## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

DEAN LANGFORD and
NANCY LANGFORD,
husband and wife,                                   Case No.: 03-12245-RCL

          Plaintiffs,

    v.

ZIMMER, INC. and
ZIMMER HOLDINGS, INC.,

          Defendants.

---

### DEFENDANT ZIMMER HOLDINGS, INC.'S LOCAL RULE 7.3(A)
### CORPORATE DISCLOSURE STATEMENT

Defendant Zimmer Holdings, Inc. is a publicly held corporation.  No publicly held company owns 10% or more of Zimmer Holdings, Inc. stock.

Dated: February 27, 2004          Respectfully submitted,
                                 Zimmer Holdings, Inc.

                            By: _____
                              Francis H. Morrison III (BBO # 645515)
                              DAY, BERRY & HOWARD LLP
                              CityPlace 1
                              Hartford, CT  06103-3499
                              (860) 275-0100

                              Edgar B. Hatrick (BBO # 647166)
                              DAY, BERRY & HOWARD LLP
                              260 Franklin Street
                              Boston, Massachusetts 02110
                              (617) 345-4600

Matthew S. Elvin (pro hac vice)
Dahm & Elvin LLP
9604 Coldwater Road, Suite 201
Fort Wayne, Indiana 46825
Telephone: (260) 497-6000
Facsimile: (260) 497-6019

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 27th day of February, 2004, a copy of the foregoing

Defendant Zimmer Holdings, Inc.'s Corporate Disclosure Statement was served on the following

counsel of record by first-class mail, postage prepaid:

Wm. Gerald McElroy, Jr.
Paul T. Sullivan
Zelle, Hofmann, Voelbel, Mason & Gette LLP
950 Winter Street, Suite 1300
Waltham, Massachusetts 02451

Fred H. Pritzker
Peter H. Berge
Elliot L. Olsen
Pritzker Ruohonen & Associates, P.A.
Suite 4520
33 South Sixth Street
Minneapolis, Minnesota 55402-3792

James S. Reece
Chad A. Snyder
Elizabeth A. Maki
Zelle, Hofmann, Voelbel, Mason & Gette LLP
500 South Washington Avenue - Suite 4000
Minneapolis, Minnesota 55415

Edgar B. Hatrick

2

286105v1