IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

DEAN LANGFORD and
NANCY LANGFORD,
husband and wife,

        Plaintiffs,

v.

ZIMMER, INC. and
ZIMMER HOLDINGS, INC.,

        Defendants.

Case No.: 03-12245-RCL

---

## MOTION TO STRIKE

Zimmer, Inc. and Zimmer Holdings, Inc. ("Zimmer"), by their attorneys, respectfully move this Court to strike allegations from the Plaintiffs' complaint for the reasons set forth in the accompanying memorandum.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants hereby request a hearing on their Motion to Strike.

286087v1

## CERTIFICATION

I, Matthew S. Elvin, hereby certify pursuant to Local Rule 7.1(A)(2) that on November 10 and November 11, 2003, a member of our firm conferred with Elliot Olsen and James Reece, counsel for the Plaintiffs, in a good faith attempt to resolve or narrow the issues raised by the above motion.

*/s/ Matthew S. Elvin*
Matthew S. Elvin

286087v1

                                          Respectfully submitted,
                                          Zimmer, Inc. and
                                          Zimmer Holdings, Inc.

Dated: February 27, 2004          By: _____
                                          Francis H. Morrison III (BBO # 645515)
                                          DAY, BERRY & HOWARD LLP
                                          CityPlace I
                                          Hartford, CT 06103-3499
                                          (860) 275-0100

                                          Edgar B. Hatrick (BBO # 647166)
                                          DAY, BERRY & HOWARD LLP
                                          260 Franklin Street
                                          Boston, Massachusetts 02110
                                          (617) 345-4600

                                          Matthew S. Elvin (pro hac vice)
                                          Dahm & Elvin LLP
                                          9604 Coldwater Road, Suite 201
                                          Fort Wayne, Indiana 46825
                                          Telephone: (260) 497-6000
                                          Facsimile: (260) 497-6019

286087v1

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 27th day of February, 2004, a copy of the foregoing Defendant Zimmer's Motion to Strike was served on the following counsel of record by first-class mail, postage prepaid:

Wm. Gerald McElroy, Jr.
Paul T. Sullivan
Zelle, Hofmann, Voelbel, Mason & Gette LLP
950 Winter Street, Suite 1300
Waltham, Massachusetts 02451

Fred H. Pritzker
Peter H. Berge
Elliot L. Olsen
Pritzker Ruohonen & Associates, P.A.
33 South Sixth Street, Suite 4520
Minneapolis, Minnesota 55402-3792

James S. Reece
Chad A. Snyder
Elizabeth A. Maki
Zelle, Hofmann, Voelbel, Mason & Gette LLP
500 South Washington Avenue - Suite 4000
Minneapolis, Minnesota 55415

Edgar B. Hatrick