UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dean Langford and Nancy Langford, husband and wife,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Zimmer Holdings, Inc.,<br><br>　　　　　Defendant. | Civ. No. 03-CV-12245RCL |

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF CHAD SNYDER

Pursuant to Local Rule 83.5.3(b), Plaintiffs Dean and Nancy Langford (hereinafter "Plaintiffs"), by and through their counsel, respectfully move this Court to admit Chad A. Snyder, *pro hac vice*, as co-counsel for Plaintiffs in the above-captioned matter. In support of this motion, Plaintiffs state the following:

1. Mr. Snyder has been admitted to practice in the bar of the State of Minnesota and is a member in good standing of that bar. *See* Affidavit of Chad A. Snyder at ¶ 2 (hereinafter "Snyder Affidavit").

2. There are no disciplinary proceedings pending against Mr. Snyder in the State of Minnesota, or in any other jurisdiction in which Mr. Snyder is admitted to the bar. *See* Snyder Affidavit at ¶ 3.

3. Mr. Snyder has reviewed and is familiar with the Local Rules of this Court. *See* Snyder Affidavit at ¶ 4.

4. Mr. Snyder is familiar with the Plaintiffs and the issues in this litigation. *See* Snyder Affidavit at ¶ 5.

5. The undersigned movant is an attorney with the law firm of Zelle, Hofmann, Voelbel, Mason & Gette and is a member in good standing of the bar of this Court.

6. Counsel for Defendants, Edgar B. Hatrick, has assented to this motion.

WHEREFORE, Plaintiffs respectfully move this Court to admit *pro hac vice* Chad A. Snyder for the purpose of participating as co-counsel for Plaintiffs in this litigation.

Dated: 3/10/04

ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP

By: _____
Wm. Gerald McElroy, Jr. (BBO #332500)
Paul T. Sullivan (BBO #659413)
950 Winter Street
Suite 1300
Waltham, MA 02451
(781) 466-0734

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I, Paul T. Sullivan, hereby certify that counsel for the Defendants have been conferred with and have assented to this Motion.

_____
Paul T. Sullivan

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2004, I served a copy of the foregoing Assented-To Motion for Admission Pro Hac Vice of Chad A. Snyder by federal express:

Edgar B. Hatrick
Day, Berry & Howard LLP
260 Franklin Street
Boston, MA 02110

Francis H. Morrison III
Deborah S. Russo
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Matthew S. Elvin
Dahm & Elvin LLP
9604 Coldwater Road, Suite 201
Fort Wayne, IN 46825

_____
Paul T. Sullivan