UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dean Langford and Nancy Langford, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Zimmer Holdings, Inc.,<br><br>Defendant. | Civ. No. 03-CV-12245RCL |

### AFFIDAVIT OF CHAD A. SNYDER

STATE OF MINNESOTA   )
                     ) SS.
COUNTY OF HENNEPIN   )

Chad A. Snyder, being first duly sworn, states and affirms follows:

1. I am an associate in the law firm of Zelle, Hofmann, Voelbel, Mason & Gette LLP, 500 Washington Avenue South, Suite 4000, Minneapolis, Minnesota, 55415.

2. I am in good standing in every jurisdiction in which I have been admitted to practice. I am a member of the bar of the State of Minnesota, and I have also been admitted to the bars of the United States District Court for the District of Minnesota, the United States District Court for the Western District of Wisconsin, and the United States Court of Appeals for the Eighth Circuit.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

1

5. I am familiar with the Plaintiffs, Dean and Nancy Langford, and the issues in this litigation. My appearance and participation are necessary for the proper and effective representation of Plaintiffs in this litigation.

Further your affiant sayeth not.

Dated: 3/9/04

Chad A. Snyder

Subscribed and sworn to before
me this ____ day of March, 2004.

_____
Notary Public



HEIDI M. KELLER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

279651v1

2