UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dean Langford and Nancy Langford, husband and wife, </br></br>　　　　Plaintiffs, </br></br>v. </br></br>Zimmer, Inc. and Zimmer Holdings, Inc. </br></br>　　　　Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 03CV12245RCL ) ) ) ) ) ) |

**ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE**

Defendants Zimmer, Inc. and Zimmer Holdings, Inc. respectfully move this Court for leave to file a Reply in Support of their Motion to Strike certain of the allegations of Plaintiffs' Complaint. A copy of this Reply is filed herewith. Defendants believe that a Reply is necessary to clarify the relevant issues of fact and law raised by the Motion to Strike, in light of the Opposition filed by the Plaintiffs, and that a Reply will aid the Court in deciding this matter. Plaintiffs have assented to this Motion.

 

Respectfully submitted,
Zimmer, Inc. and Zimmer Holdings, Inc.,
By their attorneys,

Dated: March 29, 2004

Edgar B. Hatrick (BBO #647166)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA  02110
(617) 345-4600

51266530_1.DOC 099859-00100

Matthew S. Elvin (pro hac vice)
Dahm & Elvin LLP
9604 Coldwater Road, Suite 201
Fort Wayne, Indiana 46825
Telephone: (260) 497-6000
Facsimile: (260) 497-6019

Francis H. Morrison III (BBO #645515)
Deborah S. Russo (BBO #434610)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100

## CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I, Edgar B. Hatrick, hereby certify that counsel for the plaintiffs have been conferred with and have assented to this Motion.

_____
Edgar B. Hatrick

## CERTIFICATE OF SERVICE

I, Edgar B. Hatrick, do hereby certify that on this 29th day of March, 2004, I have served by first-class U.S. Mail a copy of the foregoing Assented-To Motion for Leave to File a Reply upon plaintiffs' counsel at the following addresses:

Wm. Gerald McElroy, Jr.
Paul T. Sullivan
**Zelle, Hofmann, Voelbel, Mason & Gette LLP**
950 Winter Street, Suite 1300
Waltham, MA 02451

James S. Reece
Chad A. Snyder
Elizabeth A. Maki
**Zelle, Hofmann, Voelbel, Mason & Gette LLP**
500 Washington Avenue South Suite 4000
Minneapolis, MN 55415

Fred H. Pritzker
Peter H. Berge
Elliot L. Olsen
**Pritzker Ruohonen & Associates, P.A.**
Plaza VII
Suite 2950
45 South Seventh Street
Minneapolis, Minnesota 55402

_____
Edgar B. Hatrick

51266530_1.DOC 099859-00100

-2-