UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
Dean Langford and Nancy Langford,   )
husband and wife,                   )
                                   )
           Plaintiffs,              )
                                   )
v.                                  )   Civil Action No. 03CV12245RCL
                                   )
Zimmer, Inc. and Zimmer Holdings, Inc. )
                                   )
           Defendants.              )
_____)

## NOTICE OF APPEARANCE OF DEBORAH S. RUSSO

Kindly enter my appearance in the above-entitled action on behalf of defendants Zimmer, Inc. and Zimmer Holdings, Inc.

        Respectfully submitted,
        Zimmer, Inc. and Zimmer Holdings, Inc.,
        By their attorneys,

Dated: May 11, 2004

/s/ Deborah S. Russo_____
Francis H. Morrison III (BBO #645515)
Deborah S. Russo (BBO #434610)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT  06103-3499
(860) 275-0100

Edgar B. Hatrick (BBO #647166)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA  02110
(617) 345-4600

51270412_1.DOC

**CERTIFICATE OF SERVICE**

I, Edgar B. Hatrick, do hereby certify that on this 12 day of May, 2004, I have served by first-class U.S. Mail a copy of the foregoing Notice of Appearance of Deborah S. Russo upon plaintiffs' counsel at the following addresses:

Wm. Gerald McElroy, Jr.
Paul T. Sullivan
**Zelle, Hofmann, Voelbel, Mason & Gette LLP**
950 Winter Street, Suite 1300
Waltham, MA  02451

Fred H. Pritzker
**Pritzker Law**
Plaza VII
Suite 2950
45 South Seventh Street
Minneapolis, MN 55402-1652

James S. Reece
Chad A. Snyder
Elizabeth A. Maki
**Zelle, Hofmann, Voelbel, Mason & Gette LLP**
500 Washington Avenue South Suite 4000
Minneapolis, MN  55415

/s/ Edgar B. Hatrick
Edgar B. Hatrick