UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

Dean Langford and Nancy Langford,
husband and wife,

      Plaintiffs,

v.                                                Civil Action No. 03CV12245CL

ZIMMER, INC. and ZIMMER HOLDINGS, INC.,

      Defendants.

---

## Local Rule 16.1(D)(3) Certification

Pursuant to Local Rule 16.1(D)(3) I hereby certify that I have conferred with counsel about establishing a budget for conducting the full course, and various alternative courses, of litigation in this matter.

I have also conferred with my counsel about the use of alternative dispute resolution programs and consent to the use thereof at his discretion.

Dated:  June _____, 2004.                            _____s/Dean Langford_____
                                                                Dean Langford