UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dean Langford and Nancy Langford, Husband and wife, )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>Zimmer, Inc. and Zimmer Holdings, Inc., )<br>)<br>Defendants. )<br>) | Civil Action No. 03 CV 12245 RCL |

FILED IN CLERKS OFFICE
2004 JUN 17 P 12: 46
U.S. DISTRICT COURT
DISTRICT OF MASS.

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF DEFENDANTS ZIMMER, INC. AND ZIMMER HOLDINGS, INC.

Pursuant to Local Rule 16.1(D)(3), Defendants, Zimmer, Inc. and Zimmer Holdings, Inc., hereby certify that they have conferred with their counsel, Dahm & Elvin, LLP:

(a)   with a view to establishing a budget for the costs of conducting the full-course - and various alternative courses - of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

Zimmer, Inc. and Zimmer Holdings, Inc.

By Zimmer, Inc.'s Associate Counsel,

_____

By their Attorney,

_____
Matthew S. Elvin
DAHM & ELVIN, LLP
9604 Coldwater Road, Suite 201
Fort Wayne, IN 46825
(260) 497-6003

Dated: June 16, 2004

## CERTIFICATE OF SERVICE

I, Matthew S. Elvin, hereby certify that on this 16th day of June, 2004, I served the foregoing document via first class mail upon counsel for the Plaintiff at the following address:

James S. Reece
Zelle Hofmann, Voelbel, Mason & Gette
500 Washington Ave. South, Suite 4000
Minneapolis, MN 55415

William Gerald McElroy, Jr.
Zelle, Hofmann, Voelbel, Mason & Gette
950 Winter Street, Suite 1300
Waltham, MA 02451

_____Matthew S. El._____