UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dean Langford and Nancy Langford, husband and wife,<br><br>      Plaintiffs,<br><br>v.<br><br>Zimmer, Inc. and Zimmer Holdings, Inc.,<br><br>      Defendants. | Case No: 03-12245-RCL<br><br>**PLAINTIFFS' MOTION TO AMEND THEIR FIRST AMENDED COMPLAINT** |

Plaintiffs respectfully seek this Court's permission to file and serve Plaintiffs' Second Amended Complaint (1) to add Zimmer hip products, besides the Centralign, which were implanted in Mr. Langford's left hip; (2) to add a claim for unfair or deceptive acts or practices; and (3) to correct some typographical errors in Plaintiffs' First Amended Complaint.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs respectfully request oral argument on their motion.

Dated this 12th day of July, 2004.

            Respectfully submitted,

            ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP


            By: /s/ James S. Reece
              James S. Reece (MN #90037)
              Chad A. Snyder (MN #288275)
            500 Washington Ave South, Suite 4000
            Minneapolis, Minnesota 55415
            Telephone: (612) 339-2020
            Facsimile: (612) 336-9100

            and

            ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
            Wm. Gerald McElroy, Jr. (MA #332500)
            Paul Sullivan

950 Winter Street, Suite 1300
Waltham, Massachusetts 02451
Telephone: (781) 466-0700
and

Fred H. Pritzker (MN #88456)
Elliot L. Olsen (MN #203750)
Pritzker Ruohonen & Associates, P.A.
2950 Radisson Plaza VII
45 South Seventh Street
Minneapolis, Minnesota 55402-1652
Telephone: (612) 338-0202
Facsimile: (612) 338-0104