UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dean Langford and Nancy Langford, husband and wife,<br><br>       Plaintiffs,<br><br>v.<br><br>Zimmer, Inc. and Zimmer Holdings, Inc.,<br><br>       Defendants. | Case No: 03-12245-RCL<br><br>**AFFIDAVIT OF<br>JAMES S. REECE** |

**COUNTY OF HENNEPIN )**
         ) ss.
**STATE OF MINNESOTA )**

  James S. Reece, one of the attorneys for plaintiffs in the above case, being first duly sworn upon oath, states and alleges as follows:

  1. Attached as Exhibit A is a redlined copy of Plaintiffs' First Amended Complaint which identifies plaintiffs' proposed changes.

  2. Attached as Exhibit B is a copy of Plaintiffs' Proposed Second Amended Complaint, which incorporates the redlined changes from Exhibit A.

  3. On Friday, July 9, 2004, I emailed and faxed a letter to defendants' attorneys requesting their consent to the changes reflected in the redlined copy of Plaintiffs' First Amended Complaint, Exhibit A. I emailed defendants' attorneys again on Monday, July 12, 2004. They responded that they had not yet spoken with their clients. I replied that we continue to be willing to discuss plaintiffs' motion, but that we would file on Tuesday, July 13, 2004 in light of the deadline for amending pleadings.

4.  Attached as Exhibit C is a true and correct copy of a page from Mr. Langford's medical records which identifies Zimmer products implanted in his left hip on or about April 25, 1992.

5.  Attached as Exhibit D are true and correct copies of pages from Mr. Langford's medical records which refer to implantation of a Zimmer product during the March 27, 2001 operation.

6.  Attached as Exhibit E are true and correct copies of pages from Mr. Langford's medical records which refer to his April 1, 2003 operation

FURTHER YOUR AFFIANT SAYETH NOT.

_____
James S. Reece

Subscribed and sworn to before
me this 12th day of July, 2004.

_____
Notary Public

KATRINA A. VERMEULEN
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

284280v1