# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dean Langford and Nancy Langford, husband and wife, | **Case No: 03-12245-RCL** |
| Plaintiffs, | |
| v. | |
| Zimmer, Inc. and Zimmer Holdings, Inc., | |
| Defendants. | |

## EXHIBIT C TO AFFIDAVIT OF JAMES S. REECE

NAME _____     UNIT NO. _____

*[handwritten clinical notes, largely illegible]*

MASSACHUSETTS GENERAL HOS[PITAL]

---

AFFIX TO PATIENT RECORD

LOT NO. 40142400    CAT. NO. 6610-58-02
HGP II ACETABULAR COMPONENT
SHELL    POROUS
WITH THREADED POLAR HOLE
58 MM O.D.    USES LINER SIZE H
TITANIUM    STERILE    QUANTITY-1

**Zimmer®** WARSAW INDIANA 46580

---

AFFIX TO PATIENT RECORD

LOT NO. 79072100    CAT. NO. 6728-08
TOTAL HIP SYSTEM
ACETABULAR LINER    STANDARD
28 MM I.D.    O.D. SIZE H
UHMWPE    STERILE    QUANTITY-1
SEE CHART FOR APPROPRIATE O.D. SIZE

**Zimmer®** WARSAW INDIANA 46580-0708, U.S.A.

---

LOT NO. 46485700    CAT. NO. 9026-29
ZIMMER® FEMORAL HEAD
28 MM DIA.    MEDIUM
7 MM NECK LENGTH
STERILE    ZIMALOY® ALLOY
QUANTITY-1

**Zimmer®** WARSAW INDIANA 46580-0708, U.S.A.

---

AFFIX TO PATIENT RECORD

LOT NO. 74727800    CAT. NO. 6728-88
TOTAL SYSTEM
ELEVATED RIM    ACETABULAR LINER
28 MM I.D.    O.D. SIZE H
STERILE    UHMWPE    QUANTITY-1
SEE CHART FOR APPROPRIATE O.D. SIZE

**Zimmer®** WARSAW INDIANA 46580-0708 U.S.A.

---

Surgical Simplex P
RADIOPAQUE BONE CEMENT
Distributed by: Howmedica
Pfizer Hospital Products Group
359 Veteran's Blvd.
Rutherford, NJ 07070

Cat. No.    6188-1-001

Control No.    RAZH145

---

Surgical Simplex P
RADIOPAQUE BONE CEMENT
Distributed by: Howmedica
Pfizer Hospital Products Group
359 Veteran's Blvd.
Rutherford, NJ 07070

Cat. No.    6191-1-001

Control No.    RCZ139

---

Surgical Simplex P
RADIOPAQUE BONE CEMENT
Distributed by: Howmedica
Pfizer Hospital Products Group
359 Veteran's Blvd.
Rutherford, NJ 07070

Cat. No.    6191-1-001

Control No.    RCZ139

---

AFFIX TO PATIENT RECORD

LOT NO. 78823900    CAT. NO. 9800-03
CENTRALIGN® PRECOAT HIP PROSTHESIS
FEMORAL STEM    SIZE 3
ZIMALOY® ALLOY/PMMA    STERILE    QUANTITY-1
U.S. PATENTS 4,281,420; 4,336,618; 4,491,987;
4,795,472    OTHER U.S. PATENTS PENDING

**Zimmer®** WARSAW INDIANA 46580-0708, U.S.A.

---

Surgical Simplex P
RADIOPAQUE BONE CEMENT
Distributed by: Howmedica
Pfizer Hospital Products Group
359 Veteran's Blvd.
Rutherford, NJ 07070

Cat. No.    6191-1-001

Control No.    RBZ121

---

NO.163020          LOT NO.816710
BIO PLUG BONE CEMENT RESTRICTOR
12.5 MM DIAMETER
UHMWPE/STAINLESS STEEL

---

*[handwritten notes, largely illegible]*

LOT NO. 816710    QTY.1

BIOMET™
P.O. BOX 587
WARSAW, IN  46580

| SPONGE COUNTING | |
|---|---|
| Full Signature: | |
| | RN |
| | RN |
| | RN |
| | RN |
| | RN |
| | RN |
| | RN |
| | RN |
| | RN |
| | RN |