# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Dean Langford and Nancy Langford,
husband and wife,

                        Plaintiffs,

v.

Zimmer, Inc. and Zimmer Holdings, Inc.,

                        Defendants.

**Case No: 03-12245-RCL**

## EXHIBIT E TO AFFIDAVIT OF JAMES S. REECE

284327v1

**SLH Discharge Summary**                    LANGFORD, DEAN T - 5-526-827-0

Result Type:         SLH Discharge Summary
Result Date:         Saturday, April 05, 2003 12:00 AM
Result Status:       Auth (Verified)

# * Final Report *

**This report is NOT electronically signed.  See paper record for signed report.**

St. Lukes Hospital
Jacksonville, Florida 32216

PATIENT NAME: Langford, Dean T

SLH MRN#: 918953          MAYO MRN:              SSN: 349321016
DOB: 06/19/1939           AGE: 63                SEX: M
RM/CLASS: 5FLR^0571^00

DATE OF ADMISSION: 04/01/2003
DATE OF DISCHARGE: 04/05/2003
ATTENDING PHYSICIAN: Mark P. Brodersen, M.D.


REASON FOR ADMISSION:  Massive osteolysis about the left acetabulum secondary
to polyethylene wear from left total hip arthroplasty done long ago.

On the date of admission the patient was brought to the operating room and
underwent curetting and bone grafting of the left acetabular region.  This
surgery was tolerated well with no postoperative problems or complications.
He was seen postoperatively by the Anesthesia Department to assist with pain
management and by the Physical Therapy Department to begin ambulation and
mobilization.  This was all tolerated well.  Postop hemoglobin 9.9.  Patient
was discharged to the Brooks Rehabilitation facility.  He will continue his
rehab at that facility.

Patient is to take a regular diet and to use his TED socks and walker until
he returns to see us.  He has a followup appointment on 5/12/03.

Postop medications include Lovenox 30 mg subcu. b.i.d. for 10 days and then
aspirin daily; one multivitamin a day; calcium 500 mg p.o. b.i.d.; Fosamax 70
mg p.o. q. week; Percocet 5/325, one or two every four hours as needed for

SLH Discharge Summary                    LANGFORD, DEAN T - 5-526-827-0

pain; Surfak 240 mg p.o. q. day; OxyContin 10 mg p.o. b.i.d. as needed.

Patient was discharged in stable condition.  He was to call if any problems
arise.

_____

Mark P. Brodersen, M.D.

MPB:mcm
D: 04/10/2003 03:42 pm
T: 04/12/2003 09:12 am
Revised:

**Completed Action List:**
* Transcribe by Martin, Mary C on 04/12/2003 9:12 AM
* Author by Brodersen MD, Mark P on 04/12/2003 9:12 AM