UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dean Langford and Nancy Langford, husband and wife,<br><br>                   Plaintiffs,<br><br>v.<br><br>Zimmer, Inc. and Zimmer Holdings, Inc.,<br><br>                   Defendants. | Case No: 03-12245-RCL<br><br>**ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND** |

      Plaintiffs Dean and Nancy Langford respectfully move this Court for leave to file a Reply in Support of Plaintiffs' Motion to Amend their Complaint. A copy of the Reply is filed herewith. Plaintiffs believe that a reply is necessary to address the legal authority and new arguments Defendants have raised in their Response to Plaintiffs' Motion and to clarify the controlling law on these issues. Plaintiffs respectfully believe that a reply will aid the Court in deciding this matter. Defendants have assented to this Motion.

Dated this 3rd day of August, 2004.

                                                     **ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**

                                                     By: /s/ Paul Sullivan
                                                        Wm. Gerald McElroy, Jr. (MA #332500)
                                                         Paul Sullivan (MA #659413)
                                                         950 Winter Street, Suite 1300
                                                         Waltham, Massachusetts 02451
                                                         Telephone: (781) 466-0700

                                                                  and

                                                   **ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP**
                                                   James S. Reece (MN #90037)
                                                   Chad A. Snyder (MN #288275)
                                                   Elizabeth A. Maki (MN #0321023)
                                                   500 Washington Ave South, Suite 4000
                                                   Minneapolis, Minnesota 55415

        Telephone: (612) 339-2020
        Facsimile: (612) 336-9100

        and

        Fred H. Pritzker (MN #88456)
        Elliot L. Olsen (MN #203750)
        Pritzker Ruohonen & Associates, P.A.
        2950 Radisson Plaza VII
        45 South Seventh Street
        Minneapolis, Minnesota 55402-1652
        Telephone: (612) 338-0202
        Facsimile: (612) 338-0104

        ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of August, 2004, I electronically filed the foregoing Assented-To Motion for Leave to File a Reply in Support of Plaintiffs' Motion to Amend with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Edgar B. Hatrick
Day, Berry & Howard LLP
260 Franklin Street
Boston, MA 02110

Francis H. Morrison III
Deborah S. Russo
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Matthew S. Elvin
Dahm & Elvin LLP
9604 Coldwater Road, Suite 201
Fort Wayne, IN 46825

                                                    _____
                                                    Paul T. Sullivan