UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dean Langford and Nancy Langford, husband and wife, | **ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF FRED H. PRITZKER** |
| Plaintiffs, | |
| v. | Civil Action No. 03CV12245CL |
| ZIMMER, INC. and ZIMMER HOLDINGS, INC., | |
| Defendants. | |

Pursuant to Local Rule 83.5.3(b), Plaintiffs Dean and Nancy Langford (hereinafter "Plaintiffs"), by and through their counsel, respectfully move this Court to admit Fred H. Pritzker, pro hac vice, as co-counsel for Plaintiffs in the above-captioned matter. In support of this motion, Plaintiffs state the following:

1. Mr. Pritzker has been admitted to practice in the bar of the State of Minnesota and is a member in good standing of that bar. See Affidavit of Fred H. Pritzker at ¶ 2 (hereinafter "Pritzker Affidavit").

2. There are no disciplinary proceedings pending against Mr. Pritzker in the State of Minnesota, or in any jurisdiction in which Mr. Pritzker is admitted to the bar. See Affidavit of Fred H. Pritzker at ¶ 3.

3. Mr. Pritzker has reviewed and is familiar with the Local Rules of this Court. See Affidavit of Fred H. Pritzker at ¶ 4.

4. Mr. Pritzker is familiar with the Plaintiffs and the issues in this litigation. See Affidavit of Fred H. Pritzker at ¶ 5.

5. The undersigned movant is an attorney with the law firm of Pritzker | Ruohonen & Associates, P.A. and is a member in good standing of the bar of this Court.

6. Counsel for Defendants, Edgar B. Hatrick, has assented to this motion.

WHEREFORE, Plaintiffs respectfully move this Court to admit *pro hac vice* Fred H. Pritzker for the purpose of participating as co-counsel for Plaintiffs in this litigation.

Dated: ___8/6___, 2004            ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP


                                  By: _____
                                      Wm. Gerald McElroy, Jr. (BBO #332500)
                                      Paul T. Sullivan (BBO #659403)
                                  950 Winter Street, #1300
                                  Waltham, MA  02451
                                  (781) 466-0734
                                  ATTORNEYS FOR PLAINTIFFS

## CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I, Paul T. Sullivan, hereby certify that counsel for the Defendants have been conferred with and have assented to this Motion.

_____
Paul T. Sullivan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

Dean Langford and Nancy Langford,
husband and wife,

        Plaintiffs,

v.

ZIMMER, INC. and ZIMMER HOLDINGS, INC.,

        Defendants.

**AFFIDAVIT OF
FRED H. PRITZKER**

Civil Action No. 03CV12245CL

---

STATE OF MINNESOTA   )
                                 )ss.
COUNTY OF HENNEPIN  )

    Fred H. Pritzker, being first duly sworn, states and affirms as follows:

    1.    I am an attorney in the law firm of Pritzker | Ruohonen & Associates, P.A., 2950 Radisson Plaza VII Office, Tower, 45 South Seventh Street, Minneapolis, MN 55402-1652.

    2.    I am in good standing in every jurisdiction in which I have been admitted to practice. I am a member of the bar of the State of Minnesota, and I have also been admitted to the bars of the United States District Court for the District of Minnesota and the Eastern District of Wisconsin.

    3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

    4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    5.    I am familiar with the Plaintiffs, Dean and Nancy Langford, and the issues in this litigation. My appearance and participating are necessary for the proper and effective representation of Plaintiffs in this litigation.

Further your Affiant sayeth not.

Dated: _Aug 3_, 2004.

_____
Fred H. Pritzker

Subscribed and sworn to before
me this 3rd day of August, 2004.

_____
Notary Public

SUSAN A. KAISER
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2005