UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dean Langford and Nancy Langford, husband and wife, | Case No: 03-12245-RCL |
| Plaintiffs, | [PROPOSED] ORDER AMENDING THE COURT'S SEPTEMBER 6, 2004 ORDER DENYING PLAINTIFFS' MOTION TO AMEND TO PROVIDE FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b) |
| v. | |
| Zimmer, Inc. and Zimmer Holdings, Inc., | |
| Defendants. | |

The above entitled matter came for consideration before the Honorable Reginald C. Lindsay, on Plaintiffs' Motion for an order pursuant to 28 U.S.C. § 1292(b) certifying this Court's September 6, 2004 Order for interlocutory appeal.

Based on all the files, records, pleadings, submissions and arguments of counsel, it is hereby **ORDERED**:

That the Order of this Court, entered on September 6, 2004 be, and the same is, amended to incorporate the following terms to provide certification of the September 6, 2004 Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b):

In the opinion of this Court, this Order involves a controlling question of law as to which there is substantial ground for difference of opinion, and an immediate appeal from this Order may materially advance the ultimate termination of this litigation.

Dated this _____ day of _____, 2004.

BY THE COURT:

_____
Reginald C. Lindsay
District Court Judge

286494v1