**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Dean Langford and Nancy Langford, husband and wife, | Case No: 03-12245-RCL |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND THE COMPLAINT** |
| Zimmer, Inc. and Zimmer Holdings, Inc., | |
| Defendants. | |

The above entitled matter came for consideration before the Honorable Reginald C. Lindsay, on Plaintiffs' Motion for Reconsideration of the Court's September 6, 2004 Order Denying Plaintiffs' Motion to Amend their Complaint.

Based on all the files, records, pleadings, submissions and arguments of counsel, it is hereby **ORDERED**:

Plaintiffs' Motion to Amend their Complaint is GRANTED.

Dated this _____ day of _____, 2004.

BY THE COURT:

_____
Reginald C. Lindsay
District Court Judge