UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dean Langford and Nancy Langford, husband and wife,<br><br>    Plaintiffs,<br><br>v.<br><br>Zimmer, Inc. and Zimmer Holdings, Inc.<br><br>    Defendants. | Civil Action No. 03-CV-12245-RCL |

FILED
IN CLERKS OFFICE
2005 FEB 22 P 3: 05
U.S. DISTRICT COURT
DISTRICT OF MASS

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of **Deborah S. Russo** on behalf of defendants Zimmer, Inc. and Zimmer Holdings, Inc. in the above-captioned matter. Other counsel from Day, Berry & Howard have entered an appearance in this matter and will continue to represent these defendants.

Dated: February 17, 2005

Respectfully submitted,
Zimmer, Inc. and Zimmer Holdings, Inc.,
By their attorneys,

_/s/ Deborah S. Russo_
Deborah S. Russo (BBO #434610)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100

Edgar B. Hatrick (BBO #647166)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110
(617) 345-4600

>Matthew S. Elvin (pro hac vice)
>Dahm & Elvin LLP
>9604 Coldwater Road, Suite 201
>Fort Wayne, Indiana 46825
>Telephone: (260) 497-6000
>Facsimile: (260) 497-6019

## CERTIFICATE OF SERVICE

I, Deborah S. Russo, do hereby certify that on this 17th day of February, 2005, I have served by first-class U.S. Mail a copy of the foregoing Notice of Withdrawal of Appearance of Deborah S. Russo upon plaintiffs' counsel at the following addresses:

Wm. Gerald McElroy, Jr., Esq.
Paul T. Sullivan, Esq.
**Zelle, Hofmann, Voelbel, Mason & Gette LLP**
950 Winter Street, Suite 1300
Waltham, MA 02451

James S. Reece, Esq.
Chad A. Snyder, Esq.
Elizabeth A. Maki, Esq.
**Zelle, Hofmann, Voelbel, Mason & Gette LLP**
500 Washington Avenue South Suite 4000
Minneapolis, MN 55415

Fred H. Pritzker, Esq.
**Pritzker & Associates, P.A.**
33 South Sixth Street, Suite 4520
Minneapolis, Minnesota 55402-3792

_____
Deborah S. Russo