IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DEAN LANGFORD and
NANCY LANGFORD,
husband and wife,

        Plaintiffs,

v.

ZIMMER, INC. and
ZIMMER HOLDINGS, INC.,

        Defendants.

Case No.: 03-12245-RCL

**[PROPOSED] STIPULATED AMENDED PRETRIAL ORDER**

Having considered the Parties' Stipulated Memorandum in Support of Amended Pretrial Order, said amendment is HEREBY GRANTED. The Pretrial Order is amended as follows:

1. Fact discovery is due by June 27, 2005.

2. The date by which Plaintiffs' expert witnesses must be disclosed is July 18, 2005.

3. The date by which Defendants' expert witnesses must be disclosed is August 18, 2005.

4. Expert discovery is due by September 19, 2005.

5. The date by which dispositive motions and opening briefs must be filed is October 18, 2005, with response briefs due by November 18, 2005.


Dated: _____, 2005    By:_____
                                                            Judge Reginald C. Lindsay

EXHIBIT A