IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DEAN LANGFORD and
NANCY LANGFORD,
husband and wife,

        Plaintiffs,

v.

ZIMMER, INC. and
ZIMMER HOLDINGS, INC.,

        Defendants.

Case No.: 03-12245-RCL

## STIPULATION OF DISMISSAL WITH PREDJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by their respective counsel, hereby stipulate to dismissal of the above-captioned action in its entirety with prejudice. The parties have resolved this matter. Each party shall bear his, her or its own costs and attorneys' fees.

Dated: 6/1, 2005     By: _____
                                       Fred H. Pritzker
                                       Elliot Olsen
                                       Peter H. Berge
                                       Pritzker, Ruohonen & Associates, P.A.
                                       Suite 2950
                                       45 South Seventh Street
                                       Minneapolis, MN 55402-1652
                                       Telephone: (612) 338-0202
                                       Facsimile: (612) 338-0104

292892_1

Wm. Gerald McElroy, Jr.
Paul T. Sullivan
Zelle, Hofmann, Voelbel, Mason & Gette
950 Winter Street, Suite 1300
Waltham, Massachusetts 02451
Telephone: (781) 466-0700
Facsimile: (781) 466-0701

James S. Reece
Chad A. Snyder
Elizabeth A. Maki
Zelle, Hofmann, Voelbel, Mason & Gette
500 South Washington Avenue - Suite 4000
Minneapolis, Minnesota 55415
Telephone: (612) 339-2020
Facsimile: (612) 336-9100

ATTORNEY FOR PLAINTIFFS,
DEAN LANGFORD AND NANCY
LANGFORD

Dated: 6/9, 2005          By: _____
                              Edgar B. Hatrick (BBO #647166)
                              260 Franklin Street
                              Boston, Massachusetts 02110
                              Telephone: (617) 345-4600
                              Facsimile: (617) 345-4745

                              Albert J. Dahm (pro hac vice)
                              Matthew S. Elvin (pro hac vice)
                              DAHM & ELVIN, LLP
                              9604 Coldwater Road, Suite 201
                              Fort Wayne, IN 46825
                              Telephone: (260) 497-6000
                              Facsimile: (260) 497-6019

                              ATTORNEYS FOR DEFENDANTS,
                              ZIMMER, INC. and ZIMMER HOLDINGS, INC.

292892_1

**IT IS SO ORDERED.**

Dated: _____, 2005

_____
Judge Reginald C. Lindsay

292892_1